**PRINDLE, AMARO, GOETZ,**
**HILLYARD, BARNES & REINHOLTZ LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Charles S. Yesnick, Esq. (Bar No. 228292)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
mamaro@prindlelaw.com
cyesnick@prindlelaw.com

WELL0008

Attorneys for Defendant,
**KCS INTERNATIONAL, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| WAYNE M. MAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KCS INTERNATIONAL, INC., a corporation; BRUNSWICK CORPORATION, a corporation; WASATCH MARINE, a business entity form unknown; CITIZENS BANK OF RHODE ISLAND, a business entity form unknown, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV09-01336 DOC MLGx<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS, KCS INTERNATIONAL, INC. AND BRUNSWICK CORPORATION UPON SUMMARY JUDGMENT**<br><br>(Case assigned to Honorable David O. Carter)<br><br>Action Filed: November 12, 2009<br>Trial Date: July 12, 2011 |

On June 7, 2011, the Court heard two motions for summary judgment filed by Defendant, KCS International, Inc. and Brunswick Corporation. After considering the parties' respective moving papers, Plaintiff's opposition papers, and those submitted in reply, as well as oral argument, this Court granted both motions. A true and correct copy of this Court's order granting Defendants' Motions for Summary Judgment is attached hereto as **Exhibit "A"**.

Accordingly, **IT IS HEREBY ORDERED:**

1

**ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS, KCS INTERNATIONAL, INC. AND BRUNSWICK CORPORATION**

MLA/MAY/ORD_FINAL JUDGMENTv2.doc

1. Judgment is hereby entered in favor of Defendant, KCS International, Inc. and against Plaintiff, Wayne M. May.
2. Judgment is hereby entered in favor of Defendant, Brunswick Corporation and against Plaintiff, Wayne M. May.
3. Defendant, KCS International, Inc. and Defendant, Brunswick Corporation may pursue costs and any other relief as this court may hereinafter order, as per applicable statutory and case law, and the U.S.D.C. Local Rules.

DATED: June 22, 2011

_____
Hon. David O. Carter
United States District Court Judge

**ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS, KCS INTERNATIONAL, INC. AND BRUNSWICK CORPORATION**

MLA/MAY/ORD_FINAL JUDGMENTv2.doc